UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-22105-MGC

WINDY LUCIUS,

    Plaintiff,

v.

FAMILY SPORTS CONCEPTS, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice her civil action against Defendant BEEF O'BRADYS, INC.

Dated: May 28, 2020

    Respectfully submitted,

    */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    J. COURTNEY CUNNINGHAM, PLLC
    FBN: 628166
    8950 SW 74th Court, Suite 2201
    Miami, FL 33156
    T:  305-351-2014
    cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

    */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.